**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-01441-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  July 21, 2011** | **Courtroom Deputy:**  Linda Kahoe |

JACK KESLING, *et al.,*                                       Justin Colby Berg

      Plaintiffs,

      v.

AMERICAN FAMILY MUTUAL                           Colin C. Campbell
INSURANCE COMPANY,

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        8:29 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Unopposed Motion for Permission to Take Three Remaining Depositions Outside the Discovery Period, doc #[38], filed 7/8/2011.

The court admonishes Mr. Berg for failure to comply with this court's Order of March 30, 2011, doc #[27].  The court will reluctantly grant the motion.  Mr. Campbell states he will file his Motion for Summary Judgment within the current dispositive motion deadline.

**ORDERED:**   The Unopposed Motion for Permission to Take Three Remaining Depositions Outside the Discovery Period, doc #[38] is **GRANTED.**  The dispositive motion deadline remains set for **AUGUST 8, 2011.**  The Final Pretrial Conference remains set for **OCTOBER 4, 2011 at 9:15 a.m.**

HEARING CONCLUDED.

**Court in recess**:         **8:43 a.m.**
Total time in court:     00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.