IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01441-RBJ-CBS

JACK KESLING and MICHELLE KESLING

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation

    Defendant(s).

---

# EXHIBIT B-1

## PROPOSED QUESTION AND SPECIAL VERDICT FORM
## BREACH OF CONTRACT

---

We, the jury, present our Answers to Questions and Special Verdict submitted by the Court, to which we have all agreed:

    1.    Do you find by a preponderance of the evidence that the Keslings had actual damages as a result of American Family Mutual Insurance Company's breach of the insurance contract and that these actual damages were a natural and probable consequence of American Family Mutual Insurance Company's breach of the insurance policy and American Family Mutual Insurance Company reasonably could have foreseen at the time the parties entered into the contract that the damages would probably occur if American Family Mutual Insurance Company breached the contract? (Yes or No)

    **ANSWER: _____**

If you answered "No," then you shall proceed to award the Keslings nominal damages by

filling in the amount of one dollar ($1.00) as the answer to Question Number 2, below.  If, on the other hand, you answered "Yes," you shall proceed to answer the following question.

2. What is the dollar amount of general damages that you find were the result of American Family Mutual Insurance Company breach of the insurance contract?  These include (1) the cost to redesign, repair, and/or replace the damage to parts of the Keslings' home resulting from water or moisture infiltration caused by defective construction; (2) the cost to investigate and/or discover the damage to their home, plus all related charges; (3) loss of use of their home; and (4) the inability to pursue pre-judgment interest in the underlying litigation due to the fact that American Family Mutual Insurance Company did not make the necessary repairs to the Keslings' home when the Keslings originally submitted their insurance claim.  (Fill in dollar amount.)

   **ANSWER: $_____**

3. Do you find by a preponderance of the evidence that the natural and probable consequence of American Family Mutual Insurance Company's breach of the insurance policy was to involve the Keslings in litigation with others, namely the defendants in the civil action styled *Jack Kesling, et al. v. Stephen Dulaney, et al.*, Douglas County District Court, case No. 2009CV2203, then the Keslings may recover from the defendant the reasonable expenses of that litigation? (Yes or no)

   **ANSWER: _____**

Please sign this Special Verdict Form on the signature lines provided below.

Signatures of all jurors:

_____  _____

_____  _____

_____  _____

_____  _____
                                                                       Foreperson

_____