IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01441-RBJ-CBS

JACK KESLING and MICHELLE KESLING

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a
Wisconsin corporation

    Defendant(s).

_____

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS
## AND SPECIAL VERDICT FORMS
_____

Defendant American Family Mutual Insurance Company, ("American Family"), through its undersigned counsel, hereby respectfully submits its Proposed Jury Instructions and Verdict Forms. The Proposed Jury Instructions are attached hereto as Defendant's Exhibit A, and the Proposed Special Verdict Forms are attached hereto as Defendant's Exhibits B-1 and B-2.

Following discussion with counsel for the Plaintiffs, Defendant responds to Plaintiffs' tendered instructions as follows:

PLINTIFFS' INSTRUCTIONS #:

    1.    Objection as it includes claims recently rejected and or dismissed in the Court's Order on Pending Motions dated 3/22/12. Defendant will submit its

proposed instruction following further discussion at the upcoming Trial Preparation Conference.

2. <u>Stipulated</u>

3. <u>Stipulated</u>

4. <u>Stipulated</u>

5. <u>Stipulated</u>

6. <u>Stipulated</u>

7. <u>Stipulated</u>

8. Objection – punitive damages not pled; *revised instruction tendered*

9. Objection – punitive damages claim not pled

10. <u>Stipulated</u>

11. <u>Stipulated</u>

12. Objection – instruction premature given case status

13. Objection to categories of damages; *revised instruction tendered*

14. <u>Stipulated</u>

15. <u>Stipulated</u>

16. Objection to portions which lack support; *revised instruction tendered*

17. Objection to additions to stock instruction – specific examples of conduct are inappropriate as jury instructions; *revised instruction tendered*

18. Objection – duplicative of Plaintiffs' Instruction # 14, is no longer a stock instruction under Colorado law, and misstates Colorado law.

19. <u>Stipulated</u>

20. Objection to damages categories; *revised instruction tendered*

21. Objection – punitive damages claim not pled

22. Objection – punitive damages claim not pled

23. Objection – statutory bad faith claim not pled

24. Objection – statutory bad faith claim not pled

25. Objection – "wrongs of another" claim rejected by Court's Order on Pending Motions dated 3/22/12.

Verdict Forms:   Objection to all 3 on various grounds stated above.

DEFENDANT'S TENDERED INSTRUCTIONS  (Exhibit A):

8. Revised version of Plaintiff's Instruction # 8

13. Revised version of Plaintiff's Instruction # 13

 (applies only if Court rules in favor of Plaintiffs on declaratory claims)

16.  Revised version of Plaintiff's Instruction # 16

17. Revised version of Plaintiff's Instruction # 17

20. Revised version of Plaintiff's Instruction # 20

30. (CJI  2:1) – To be submitted following the Trial Preparation Conference

31. (CJI  3:4)

32. (CJL  5:1)

33. (CJI  6:12)

34. (CJI  6:14)

35. "fairly debatable" doctrine

DEFENDANT'S TENDERED VERDICT FORMS

Defendant's Verdict Form A – breach of contract    (Exhibit B-1)

Defendant's Verdict Form B – bad faith    (Exhibit B-2)

Respectfully submitted this 6th day of April, 2012.

>/s/ *Clifton J. Latiolais, Jr.*
> Colin C. Campbell, Esq.
> Clifton J. Latiolais, Jr., Esq.
> CAMPBELL, LATIOLAIS & AVERBACH, P.C.
> 825 Logan Street
> Denver, CO 80203
> Telephone: (303)861-7760
> Facsimile: (303)861-7767
> Email: ccc@cla-law.net
> Email: cjl@cla-law.net
> *Attorneys for Defendant American Family*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2012, I electronically filed American Family Mutual Insurance Company's Proposed Jury Instructions and Special Verdict Forms with the Clerk of the Court using the CM/ECF system, and via electronic mail to jackson_chambers@cod.uscourts.gov, which will send notification of such filing to the following email addresses:

Giovanni M. Ruscitti, Esq.
Justin Colby Berg, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

>*/s/Vicki Johnson*