IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera        Date: April 12, 2012
Court Reporter:   Kara Spitler

Civil Action No. 10-cv-01441-RBJ-CBS

*Parties*:                            *Counsel*:

JACK KESLING, and                     Justin C. Berg
MICHELLE KESLING,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL                Colin C. Campbell
INSURANCE COMPANY,

    Defendant.

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**10:02 a.m.    Court in session.**

Discussion between the Court and counsel regarding remaining claims and damages.

Court clarifies its Order on Pending Motions Doc. #[64].

Discussion regarding witnesses, exhibits, and jury instructions.

Plaintiff makes an oral motion to amend the pleadings to conform to the evidence and elements the plaintiff has to prove.

**ORDERED:**  Plaintiff's oral motion to amend the pleadings is DENIED.

**ORDERED:**  Motion for Leave to Amend Complaint Doc. #[67] is GRANTED.

**ORDERED:** Parties to submit stipulations and objections to exhibits no later than **May 22, 2012.**

**11:22 a.m.**     **Court in recess.**

Hearing concluded.

Total time:     01:20